United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 24-01129-JAW
Bryan Wendell Carpenter Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Apr 07, 2025      Form ID: ntcdsm      Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bryan Wendell Carpenter, 6000 Old Hwy 35 S, Carthage, MS 39051-6290 |
| 5428519 | + | Co-Op Leake County, 101 Hwy 16 W, Carthage MS 39051-4240 |
| 5372938 | + | Davidson Law Firm, L.L.C., 9724 Jefferson Highway, Baton Rouge, LA 70809-2717 |
| 5382801 | + | Dawn Carpenter, 6000 Old Hwy 35 S, Carthage, MS 39051-6290 |
| 5390587 | + | First Financial Bank, 300 E Peach St., El Dorado AR 71730-5838 |
| 5382796 | + | First Financial Bank, PO Box 597, Carthage, MS 39051-0597 |
| 5372939 | | H and H Chief Sales, 1309 MS 35-N, Carthage, MS 39051 |
| 5382797 | | Leake Coop, 101 MS-16, Carthage, MS 39051 |
| 5396568 | + | Leake Emergency Group LLC, PO Box 1123, Minneapolis MN 55440-1123 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5372936 | | Email/Text: caineweiner@ebn.phinsolutions.com | Apr 07 2025 19:29:54 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, 4th Floor, Sherman Oaks, CA 91411 |
| 5372937 | + | Email/Text: bankruptcy@credencerm.com | Apr 07 2025 19:29:00 | Credence Resource, Attn: Bankruptcy, 4222 Trinity Mills Rd, Suite 260, Dallas, TX 75287-7666 |
| 5396446 | | Email/Text: mtgbk@shellpointmtg.com | Apr 07 2025 19:29:00 | Federal Home Loan Mortgage Corporation, et al., NewRez LLC DBA Shellpoint Mortgage Servi, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 5486273 | | EDI: JEFFERSONCAP.COM | Apr 07 2025 23:29:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 5382126 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 07 2025 19:29:00 | SANTANDER CONSUMER USA INC, 1601 Elm St., Suite 800, Dallas, TX 75201-7260 |
| 5372940 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 07 2025 19:29:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5372941 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 07 2025 19:29:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 5382800 | ^ | MEBN | Apr 07 2025 19:27:37 | US Attorney General, USDOJ, 950 Pennsylvania Ave NW, Washington, DC 20530-0001 |
| 5378196 | | Email/Text: EDBKNotices@ecmc.org | Apr 07 2025 19:28:00 | US Department of Education, PO Box 16448, Saint Paul MN 55116-0448 |
| 5382799 | + | Email/Text: ebone.woods@usdoj.gov | Apr 07 2025 19:29:00 | US Dept of Education, C/o US Attorney, 501 E Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5382798 | | Email/Text: EDBKNotices@ecmc.org | Apr 07 2025 19:28:00 | US Dept of Education, PO Box 16448, Saint Paul, |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 07, 2025 | Form ID: ntcdsm | Total Noticed: 20 |

MS 55116-0448

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Davidson Law Firm, L.L.C., 9724 Jefferson Highway, Baton Rouge |
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 09, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold Craig Davidson, Jr. | on behalf of Creditor Davidson Law Firm L.L.C. legalmgt@davidsonlawfirmllc.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Bryan Wendell Carpenter jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Karen A. Maxcy | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2021-3 karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Semoune L Ellis | on behalf of Trustee Torri Parker Martin staylor@tpmartinch13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Bryan Wendell Carpenter trollins@therollinsfirm.com jennifer@therollinsfirm.com;tcr25law@gmail.com;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 7

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.: 24−01129−JAW
Chapter: 13

In re:
    Bryan Wendell Carpenter
    6000 Old Hwy 35 S
    Carthage, MS 39051

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
    xxx−xx−1780

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on April 7, 2025.

Dated: 4/7/25

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600