**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:   Bryan Wendell Carpenter, Debtor**                    **Case No. 24-01129-JAW**
**CHAPTER 13**

### FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $7,846.50 | $66.12 | $7,912.62 | 37 | 09/13/2024 |
| $5,782.50 | $93.93 | $5,876.43 | n/a | n/a |
| $13,629.00 | $160.05 | $13,789.05 | | |



**INVOICE**

Invoice # 6738
Date: 08/05/2024
Due On: 09/04/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Bryan Wendell Carpenter
6000 Old Hwy 35 South
Carthage, MS 39051

### 05413-Carpenter Bryan Wendell

## Ch 13 hourly - Bryan

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Expense | JAC | 05/10/2024 | Credit Report | 1.00 | $45.00 | $45.00 |
| Service | JAC | 05/10/2024 | Pull Credit Report - review debts to be imported to bestcase, import debts | 0.20 | $360.00 | $72.00 |
| Service | JAC | 05/10/2024 | Input Case - research social security number on PACER, research Lexis Public Records. Add two judgments from Lexis not on CR. Research addresses for both judgments. | 0.40 | $360.00 | $144.00 |
| Service | JAC | 05/10/2024 | draft email to debtor with CR, matrix, CCC instructions and details on completing it all ASAP | 0.20 | $360.00 | $72.00 |
| Service | JAC | 05/10/2024 | Prepare emergency bankruptcy signing docs | 0.20 | $360.00 | $72.00 |
| Service | KR | 05/10/2024 | Incoming Call: Telephone conference with debtor; he is almost done with the credit counseling course; he wanted us to know that he will be bringing the $1000 in on Monday; it was too late for today to wire the funds. | 0.20 | $155.00 | $31.00 |
| Service | KR | 05/13/2024 | Reviewed email from debtor's office manager about debtor making the remaining payment at our office in Jackson in about an hour; drafted memo to GM; drafted email to the office manager informing her that would be fine | 0.10 | $155.00 | $15.50 |

| Service | TR | 05/13/2024 | Conference w/ client to review and revise skeletal filing | 0.20 | $360.00 | $72.00 |
|---|---|---|---|---|---|---|
| Service | JC | 05/13/2024 | Incoming Call: Telephone call from debtor asking to speak back with TR; chat to TR; not available, is in 341 MOC; debtor said one of the documents he and TR discussed asked to list any litigation or pending litigation; he said he is planning to sue the guy that is hounding him; he said the person that recommended TR said he thought he would need to list even though it had not yet been filed; drafted e-mail memo to TR to call debtor and provided reason. | 0.20 | $155.00 | $31.00 |
| Service | TR | 05/13/2024 | Review and respond to email memo from JC re: post petition litigation | 0.10 | $360.00 | $36.00 |
| Service | JC | 05/13/2024 | Call Debtor: Reviewed memo from TR informing debtor does not have to list the potential suit in the skeletal filing, it will be listed in the schedules filed later; telephone conference with debtor to inform same; he said there was a place for potential litigation and he listed the potential suit; drafted memo to TR to inform same. | 0.10 | $155.00 | $15.50 |
| Service | BB | 05/13/2024 | Call Debtor: Phone conference with debtor confirming that he is signing his emergency paperwork. | 0.10 | $100.00 | $10.00 |
| Service | KR | 05/13/2024 | Reviewed email from debtor's office manager with his signed bankruptcy completion documents since he was unable to sign them electronically; uploaded to client documents for filing purposes | 0.10 | $155.00 | $15.50 |
| Service | JAC | 05/13/2024 | Case is Ready to File - prepare petition, ssn form, matrix, CCC for emergency filing with the Court. File. | 0.30 | $360.00 | $108.00 |
| Service | KR | 05/13/2024 | Contact Debtor (Text/Email): Drafted text to debtor informing them that their case has been filed and provided their chapter 13 case number | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/13/2024 | Call Debtor: Reviewed court docket for the Notice of Filing for the chapter 13 bankruptcy; telephone conference with debtor; provided me with the email address for Davidson Law Firm; drafted email to Davidson Law Firm with the Notice of Filing | 0.20 | $155.00 | $31.00 |
| Service | KR | 05/14/2024 | Review and respond to email memo: Reviewed email from the attorney at Davidson Law Firm requesting the attorney and trustee contact information; drafted | 0.10 | $155.00 | $15.50 |

Invoice # 6738 - 08/05/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | email to the attorney at Davidson Law Firm informing him the contact information for both the attorney and the trustee was on the Notice of Filing. | | | |
| Service | KR | 05/14/2024 | Call Debtor: Telephone conference with debtor informing him once we have all the filing documents we will then schedule a time for him to speak with the attorney; informed him of the documents needed; he provided more insight on why he had to file bankruptcy; he will have his wife or himself provide those; drafted email to debtor the packet and the business questionnaire to fill out | 0.30 | $155.00 | $46.50 |
| Service | BB | 05/15/2024 | Contact Debtor (Text/Email): Drafted introductory email to debtor with information on what documents are needed for filing and how to provide them. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/16/2024 | Review email from debtor: Reviewed email from debtor inquiring after a due date for documents needed for filing. Urged the debtor to provide all documents by tomorrow morning so we may have time to review their file for the due date on Monday. | 0.10 | $100.00 | $10.00 |
| Service | KR | 05/16/2024 | Call Debtor: Telephone conference with debtor he wanted to know about the missing documents; reviewed the documents needed; he stated that his wife drop boxed everything to Grayson; explained that there was a Fee Agreement that was signed that Grayson sent but that was it; they are also wanted to know if he could use the tax extension letter for the 2023 taxes; he will get it from their accountant; they will have everything to BB for filing | 0.20 | $155.00 | $31.00 |
| Service | BB | 05/17/2024 | Contact Debtor (Text/Email): Drafted text to debtor informing him that I have yet to receive any of the requested documents needed for filing and that it is imperative that we receive them as soon as possible. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/17/2024 | Incoming Call: Phone conference with debtor discussing and answering questions about the list of documents needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/17/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized several personal and business documents into client documents file. | 0.70 | $100.00 | $70.00 |

Invoice # 6738 - 08/05/2024

| Service | JAC | 05/20/2024 | Initial review of all documents submitted by debtor. Create list of missing information to prepare completion docs for filing with the Court, send to BB to get missing information | 0.30 | $360.00 | $108.00 |
|---------|-----|------------|---|------|---------|---------|
| Service | BB | 05/20/2024 | Contact Debtor (Text/Email): Drafted email to debtor with list of documents needed for filing. Drafted text to debtor informing him of the email. | 0.30 | $100.00 | $30.00 |
| Service | BB | 05/21/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized several profit and loss statements, bank statements, and missing packet information into client documents file. Drafted email to debtor with list of documents still needed for filing. | 0.60 | $100.00 | $60.00 |
| Service | BB | 05/21/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized several bank and tax documents into client documents file. | 0.40 | $100.00 | $40.00 |
| Service | BB | 05/21/2024 | Review and organize documents provided by debtor: Reviewed and organized mileage for several vehicles into debtor packet and filed into client documents file. | 0.30 | $100.00 | $30.00 |
| Service | JAC | 05/22/2024 | Input Case - prepare schedules, SOFA. Calculate income for MT, I. Calculate plan payment | 1.30 | $360.00 | $468.00 |
| Service | BM | 05/22/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting April P/L statement for Dark Thirty business. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/22/2024 | prepare compensation statement of attorney | 0.20 | $360.00 | $72.00 |
| Service | BM | 05/22/2024 | Reviewed file to determine what bank statements will be needed for Trustee Docs. Send legal assistant a list of what's needed. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/22/2024 | Contact Debtor (Text/Email): Drafted email to debtor with updated list of documents needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/22/2024 | Update MT, I/J | 0.20 | $360.00 | $72.00 |
| Service | BB | 05/22/2024 | Contact Debtor (Text/Email): Reviewed email from debtor inquiring as to why we will need May bank statements. Expressed to debtor that the Trustee requires them. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/22/2024 | review clio memo re: Δ scheduled for completion signing | 0.10 | $360.00 | $36.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 05/24/2024 | Prepare completion signing Docs | 0.20 | $360.00 | $72.00 |
| Service | JAC | 05/28/2024 | Draft and file Document: Motion to Extend Time File Schedules | 0.20 | $360.00 | $72.00 |
| Service | TR | 05/28/2024 | Conference w/ client to review and revise first draft of schedules and SOFA - complex assets - sent home with a list of additional information needed | 2.70 | $360.00 | $972.00 |
| Service | JAC | 05/29/2024 | Make Updates in best case to schedules from TR notes from appointment with debtor 5/28 | 0.50 | $360.00 | $180.00 |
| Service | JAC | 05/30/2024 | video meeting w/TR re: updates to final bankruptcy docs | 0.20 | $360.00 | $72.00 |
| Service | KR | 05/30/2024 | Telephone conference with Attorney Craig Davidson wanting to talk to the attorney about our debtor; provided Mr. Davidson with our attorney's name; drafted email memo to TR re: Contact Craig Davidson | 0.10 | $155.00 | $15.50 |
| Service | JAC | 05/31/2024 | Update llc's on B and SOFA. Prepare draft completion docs. Draft & sned email to Δ with draft & instructions on what we're needing | 0.30 | $360.00 | $108.00 |
| Service | TR | 05/31/2024 | Review: 24-01129-JAW Order on Motion to Extend Deadline to File Schedules Document #9 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/31/2024 | Review: Proof of Claim 24-01129-JAW US Department of Education Document # 1 | 0.10 | $360.00 | $36.00 |
| Service | BB | 06/04/2024 | Contact Debtor (Text/Email): Drafted email to debtor inquiring after the requested May bank statements | 0.10 | $100.00 | $10.00 |
| Service | KR | 06/05/2024 | Call Debtor: Called debtor left message; drafted text inquiring if the debtor received the email with the completion schedules and inquiring about the missing documents needed for the Meeting of Creditors | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/06/2024 | Call Debtor: Called debtor left message; drafted email and text to debtor inquiring about the email the attorney sent with the completion documents to review for changes and also about the documents needed as soon as possible for filing purposes | 0.10 | $155.00 | $15.50 |
| Service | JAC | 06/07/2024 | Review & respond to email from Δs wife re: deadline for docs | 0.10 | $360.00 | $36.00 |
| Service | KR | 06/07/2024 | Review email from debtor: Reviewed email from debtor's wife stating that the debtor | 0.10 | $155.00 | $15.50 |

| | | | has been out of town and they will have his documents to us no later than Monday | | | |
|---|---|---|---|---|---|---|
| Service | BB | 06/07/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating they can provide the requested documents by Monday. | 0.10 | $100.00 | $10.00 |
| Service | KR | 06/10/2024 | Review email from debtor: Reviewed email from debtor's wife stating that all requested documents are in drop box; telephone conference with BB; BB provided me the information to access the documents in drop box; reviewed documents needed for our tasks | 0.30 | $155.00 | $46.50 |
| Service | JAC | 06/10/2024 | review email with additional missing information. Reply with email requesting EINs. Update closed financial accts in last year on SOFA. Add transfers listed out as attachment to SOFA. | 0.30 | $360.00 | $108.00 |
| Service | KR | 06/10/2024 | Call Debtor: Telephone conference with debtor about the EIN numbers needed for Seeds of South, LBW and Sphere Logistics; he will call his wife and call me right back. | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/10/2024 | Incoming Call: Telephone conference with debtor; his wife will be emailing the EIN numbers shortly | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/10/2024 | Review email from debtor: Reviewed email from debtor's wife with the EIN numbers for the Seeds of South, LBA and Sphere Logistics needed for filing the final documents | 0.10 | $155.00 | $15.50 |
| Service | JAC | 06/10/2024 | Add SL's to F, review email with EIN's - add EIN's to SOFA. Send task to GM to get Δ scheduled for tomorrow to go through final docs with TR | 0.20 | $360.00 | $72.00 |
| Service | BB | 06/10/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized several missing bank statements into trustee documents folder. | 0.50 | $100.00 | $50.00 |
| Service | JAC | 06/11/2024 | Prepare completion docs for completion signing | 0.20 | $360.00 | $72.00 |
| Service | TR | 06/11/2024 | Conference with client to review and revise completion documents | 1.10 | $360.00 | $396.00 |
| Service | KR | 06/11/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting the NSLDS information for his student loans | 0.10 | $155.00 | $15.50 |
| Service | JAC | 06/11/2024 | Prepare and file completion docs with the | 0.30 | $360.00 | $108.00 |

Invoice # 6738 - 08/05/2024

| | | | Court | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 06/11/2024 | Review: Proof of Claim 24-01129-JAW SANTANDER CONSUMER USA Document # 2 | 0.20 | $360.00 | $72.00 |
| Service | KR | 06/11/2024 | Review and organize documents provided by debtor: Reviewed schedules I/J for sources of income and financial accounts; started to review several taxes for several businesses, identification and 3 of the 10 bank statements | 0.40 | $155.00 | $62.00 |
| Service | KR | 06/12/2024 | Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. Assigned instructions to legal assistant to follow up to make sure wage order paying.: Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. Assigned instructions to legal assistant to follow up to make sure wage order paying. | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/12/2024 | Contact Debtor (Text/Email): Reviewed plan in Best Case; drafted email to debtor with the plan payment and information on what to do/expect after filing a chapter 13 | 0.10 | $155.00 | $15.50 |
| Service | TR | 06/12/2024 | Review: 24-01129-JAW Meeting of Creditors Chapter 13 Document# 17 | 0.20 | $360.00 | $72.00 |
| Service | TR | 06/12/2024 | Review: 24-01129-JAW Order Upon Debtor Directing Payments to Trustee Document #18 | 0.10 | $360.00 | $36.00 |
| Service | KAR | 06/12/2024 | Reviewed Meeting of Creditors to determine debtor's trustee; reviewed Schedule B for all bank accounts; reviewed and organized documents required by trustee for meeting of creditors including bank statements for accounts, tax returns, pay advice, and copy of driver's license and Social Security card | 0.70 | $100.00 | $70.00 |
| Service | JAC | 06/13/2024 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4, research registered agents for notice | 0.50 | $360.00 | $180.00 |
| Service | KR | 06/13/2024 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format in preparation for upload to CertificateofService.com | 0.20 | $155.00 | $31.00 |
| Expense | BB | 06/13/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $21.12 | $21.12 |
| Service | KR | 06/13/2024 | Contact Debtor (Text/Email): Drafted email to debtor inquiring about the NSLDS | 0.10 | $155.00 | $15.50 |

| | | | information needed for the attorney to review | | | |
|---|---|---|---|---|---|---|
| Service | KR | 06/13/2024 | Reviewed Declaration of Mailing Notice of Plan received from Certificate of Service and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/13/2024 | Incoming Call: Telephone conference with debtor about the debt with Craig Davidson, the Trustee payments, and his secured loan with First Financial; he would like to schedule a time to speak with the attorney; we also discussed his student loans; he stated that he was not in school during that time; he thinks it is fraudulent; they have started the process for the NSLDS information but waiting to hear back from Student Aid; drafted email memo to TR re: appointment time to speak about concerns | 0.40 | $155.00 | $62.00 |
| Service | KAR | 06/13/2024 | Received changes from JC that need to be made to TT docs; reviewed original TT docs tax, bank and pay; tax was correct - bank needed 3 months of statements - pay needed on March and April BQs; merged and organized additional bank statements to TT docs 'bank'; merged and organized March and April pay to TT docs 'pay'; uploaded corrected pay, but waiting for KR for required bank statements to include in TT docs | 0.50 | $100.00 | $50.00 |
| Service | KR | 06/13/2024 | Call Debtor: Reviewed email memo from TR re: appointment time; created appointment time for debtor to speak with the attorney; telephone conference with debtor informing him of the time of the phone conference | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/13/2024 | Review email from debtor: Reviewed email from debtor's wife with his Aid information for his student loans; merged into his client documents folder; drafted email to debtor's wife with the link for video for the step by step instructions to access the NSLDS document needed for the attorney to review | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/13/2024 | Review email from debtor: Reviewed email from debtor's wife with the My Student Data document needed for the attorney to review; merged with existing documents | 0.10 | $155.00 | $15.50 |
| Service | JAC | 06/14/2024 | review & respond to email from KR re: TT Docs | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/14/2024 | Call w/ client (at client's request) to discuss First Financial claim and Davidson Claim | 0.20 | $360.00 | $72.00 |

Invoice # 6738 - 08/05/2024

| Service | BB | 06/14/2024 | Contact Debtor (Text/Email): Drafted text message to debtor informing them of the date and time of their meeting of creditors. Inquired as to a date and time for us to conduct a test meeting. | 0.10 | $100.00 | $10.00 |
|---|---|---|---|---|---|---|
| Service | KAR | 06/14/2024 | Incoming Call: Debtor called requesting to speak with BB; transferred call to debtor | 0.10 | $100.00 | $10.00 |
| Service | BB | 06/14/2024 | Incoming Call: Phone conference with debtor stating he will be in jury duty during his meeting of creditors and will not make it. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 06/14/2024 | Reviewed and organized required personal bank and tax TT documents | 0.20 | $100.00 | $20.00 |
| Service | BB | 06/17/2024 | Contact Debtor (Text/Email): Drafted text to debtor informing them of the due date of their first plan payment. | 0.10 | $100.00 | $10.00 |
| Service | BM | 06/20/2024 | Incoming Call: Call from Mr. Nettles who represent 1st Bank, transferred call to case admin. | 0.10 | $100.00 | $10.00 |
| Service | KR | 06/20/2024 | Review and organize documents provided by debtor: Reviewed and prepared bank statements, pay advices, taxes and identification for upload to the Trustee's website | 0.30 | $155.00 | $46.50 |
| Service | KR | 06/20/2024 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee: Drafted and prepared the Certificate of Compliance - Payment Advices Filed with Trustee for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | TR | 06/21/2024 | Review and respond to email memo from BB re: client conflict w/ 341 | 0.10 | $360.00 | $36.00 |
| Service | BB | 06/21/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting proof of jury duty. | 0.10 | $100.00 | $10.00 |
| Service | KR | 06/24/2024 | Call Debtor: Telephone conference with debtor about the scheduling a time with the attorney about the 1st Financial Bank debt and also about the rescheduling of the Meeting of Creditors; created appointment time with the attorney and drafted email memo to TR re: Meeting of Creditors rescheduling | 0.20 | $155.00 | $31.00 |
| Service | KR | 06/25/2024 | Call Debtor: Reviewed email memo from TR re:Meeting of Creditors; called debtor left message; drafted email to debtor informing him as long as the Trustee receives payment they usually have no | 0.10 | $155.00 | $15.50 |

| | | | issues with rescheduling | | | |
|---|---|---|---|---|---|---|
| Service | BM | 06/26/2024 | Incoming Call: Call from debtor to rescheduled teleconference with attorney due to him having phone issues yesterday. | 0.10 | $100.00 | $10.00 |
| Service | BB | 07/01/2024 | Review email from debtor: Reviewed email from debtor stating he should be able to attend his meeting of creditors. Drafted reply email to debtor reminding him of the date and time and inquiring if he would like to attend through zoom. | 0.10 | $100.00 | $10.00 |
| Service | KR | 07/02/2024 | Reviewed email from the Trustee's office requesting the 2023 taxes; prepared the tax extension letter for upload to the Trustee's website; drafted email to the Trustee's office informing her that they have not filed and the extension letter has been uploaded. | 0.10 | $155.00 | $15.50 |
| Service | TR | 07/02/2024 | Review: Proof of Claim 24-01129-JAW First Financial Bank Document # 3 | 0.10 | $360.00 | $36.00 |
| Service | BB | 07/05/2024 | Contact Debtor (Text/Email): Drafted text to debtor informing him that he needs to plan to be at the meeting of creditors and inquired if he needs a practice zoom. | 0.10 | $100.00 | $10.00 |
| Service | BB | 07/08/2024 | Contact Debtor (Text/Email): Drafted text to debtor informing him of the approval of his meeting of creditors being reset to the attorney (Rollins) having a conflict. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 07/09/2024 | Review: 24-01129-JAW Statement Adjourning Meeting of Creditors. Document# 23 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/09/2024 | Review: 24-01129-JAW Order Rescheduling 341 Meeting, Extending Deadline File Objection to Confirmation, and Resetting Confirmation Hearing Document #24 | 0.20 | $360.00 | $72.00 |
| Service | TR | 07/09/2024 | Call w/ Craig Davison re: case history, schedules, re-enrolling judgments and filing a claim | 0.40 | $360.00 | $144.00 |
| Service | TR | 07/10/2024 | Review: 24-01129-JAW Certificate of Service Document# 25 | 0.10 | $360.00 | $36.00 |
| Service | BB | 07/10/2024 | Contact Debtor (Text/Email): Drafted text message to debtor informing them of the date and time of their meeting of creditors. Inquired as to a date and time for us to conduct a test meeting. | 0.10 | $100.00 | $10.00 |
| Service | BB | 07/10/2024 | Contact Debtor (Text/Email): Reviewed text | 0.10 | $100.00 | $10.00 |

Invoice # 6738 - 08/05/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | from debtor stating he is familiar with zoom and will not need a practice zoom. Debtor expressed he would like to know what to expect. Drafted reply text informing him. | | | |
| Service | BB | 07/10/2024 | Contact Debtor (Text/Email): Reviewed text from debtor inquiring if tc will be speaking to the trustee about the person harassing him. Informed the debtor that I am not sure on that but I do know he is excellent on ensure the trustee is fully informed on any case presented by our office. | 0.10 | $100.00 | $10.00 |
| Service | BB | 07/16/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed NDC website and confirmed the trustee received the first plan payment. | 0.10 | $100.00 | $10.00 |
| Service | TR | 07/17/2024 | Call w/ client to discuss Carpenter proof of claim - attorney billing and setting up a conference call with James Graves | 0.50 | $360.00 | $180.00 |
| Service | TR | 07/17/2024 | Review: Proof of Claim 24-01129-JAW Davidson Law Firm Document # 4 | 0.80 | $360.00 | $288.00 |
| Service | JAC | 07/19/2024 | Review: Proof of Claim 24-01129-JAW Leake Emergency Group LLC Document # 6 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/19/2024 | Review: Proof of Claim 24-01129-JAW Federal Home Loan Mortgage Corporation, et al. Document # 5 | 0.20 | $360.00 | $72.00 |
| Service | TR | 07/22/2024 | Review docket, draft email to TT re: updated plan payment based on filed claims | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/22/2024 | Call w/ client at his request further to discuss Davidson claim and arrangements to speak with his nullity action counsel | 0.20 | $360.00 | $72.00 |
| Service | JAC | 07/23/2024 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | KR | 07/25/2024 | Review email from debtor: Reviewed email from debtor re: contact information; drafted email memo to TR re: contact information | 0.10 | $155.00 | $15.50 |
| Service | BB | 07/25/2024 | Review email from debtor: Reviewed email from debtor requesting TCs emailed. Provided his email. | 0.10 | $100.00 | $10.00 |
| Service | KR | 07/25/2024 | Contact Debtor (Text/Email): Reviewed email memo from TR re: contact information; drafted email to debtor with the attorney's email address | 0.10 | $155.00 | $15.50 |

Invoice # 6738 - 08/05/2024

| Service | TR | 07/29/2024 | Review and respond to email from Bryan Carpenter to arrange meeting with his outside counsel | 0.10 | $360.00 | $36.00 |
|---------|-----|------------|----------------------------------------|------|---------|---------|
| Service | BM | 07/30/2024 | 341 reminder: Text message to debtor with reminder of 341 tomorrow with call-in instructions: Drafted text message to debtor reminding them of the date and time of their meeting of creditors. | 0.10 | $100.00 | $10.00 |
| Service | TR | 07/31/2024 | Zoom call with client and outside counsel to discuss outside nullity litigation | 0.50 | $360.00 | $180.00 |
| Service | BB | 07/31/2024 | Review email from debtor: Reviewed email from debtor requesting the meeting of creditors log in information. Provided the information. | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/31/2024 | Assisted debtor by directing him on how to join his meeting of creditors | 0.30 | $100.00 | $30.00 |
| Service | TR | 07/31/2024 | Attend Meeting of Creditors (Reset) | 1.10 | $360.00 | $396.00 |
| Service | TR | 07/31/2024 | Review and sign proposed confirmation order via email | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/31/2024 | Follow up strategy call w/ client at client's request | 0.50 | $360.00 | $180.00 |
| Service | TR | 08/02/2024 | Review and revise itemizations | 0.40 | $360.00 | $144.00 |
| Service | TR | 08/02/2024 | Review: 24-01129-JAW Agreed Order (ore tenus) Document# 28 | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/05/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting the 2023 taxes per the Trustee | 0.10 | $155.00 | $15.50 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|-------------|----------|----------|------|-------|
| | Jennifer Curry Calvillo | Attorney | 7.5 | $360.00 | $2,700.00 |
| | Thomas Rollins | Attorney | 9.9 | $360.00 | $3,564.00 |
| | Brooke Brueland | Non-Attorney | 5.0 | $100.00 | $500.00 |
| | Jacki Curry | Non-Attorney | 0.3 | $155.00 | $46.50 |
| | Vanessa Martinez | Non-Attorney | 0.3 | $100.00 | $30.00 |
| | Breanne McDaniel | Non-Attorney | 0.5 | $100.00 | $50.00 |
| | Kirsten Raimey | Non-Attorney | 1.5 | $100.00 | $150.00 |
| | Kerri Rodabough | Non-Attorney | 5.2 | $155.00 | $806.00 |
| | | | | **Total** | **$7,912.62** |

Invoice # 6738 - 08/05/2024

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6738 | 09/04/2024 | $7,912.62 | $0.00 | $7,912.62 |
| | | | **Outstanding Balance** | **$7,912.62** |
| | | | **Total Amount Outstanding** | **$7,912.62** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

ROLLINS
LAW FIRM

Invoice # 7792
Date: 04/10/2025
Due On: 05/10/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Bryan Wendell Carpenter

## 05413-Carpenter Bryan Wendell

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 08/05/2024 | Draft Fee Application and Proposed Order: Drafted and review invoice for expense and attorney fees; drafted 1st Application for Compensation and Proposed Order; drafted email memo to TR re: review 1st Application for Compensation | 0.30 | $155.00 | $46.50 |
| Service | KR | 08/05/2024 | Review email from debtor: Reviewed email from debtor's wife stating that they are in the process of filing the 2023 taxes and will provide a copy once they are complete; they have reached out to their accountant already | 0.10 | $155.00 | $15.50 |
| Service | VM | 08/05/2024 | In-Office Conference: Assisted Mr. Carpenter to the best of my ability | 0.10 | $100.00 | $10.00 |
| Service | TR | 08/05/2024 | Telephone call w/ Craig Davidson re: Leake County Co-op claim - he has represented them in the past and will see about getting a claim filed - also discussed, his attorney's fee and possible objections to confirmation, objection to POC and resolutions | 0.50 | $360.00 | $180.00 |
| Service | JAC | 08/06/2024 | Amend B - add missing lawsuit | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/06/2024 | Review and respond to email from TT re: 2023 tax and nfs pay | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/07/2024 | Contact Debtor (Text/Email): Prepared the Amended B in Best | 0.10 | $155.00 | $15.50 |

| | | | Case for upload to clio; drafted email to debtor with the Amended B to sign | | | |
|---|---|---|---|---|---|---|
| Service | BB | 08/08/2024 | Call Debtor: Reviewed voicemail from debtor requesting to speak with TC. Forwarded the voicemail to kr. | 0.10 | $100.00 | $10.00 |
| Service | KR | 08/08/2024 | Call Debtor: Reviewed message from debtor requesting a call back; called debtor left message; drafted text to debtor informing him I called back and to also sign the amended B | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/08/2024 | Incoming Call: Telephone conference with debtor about some legal matters that he would like to discuss with the attorney; also reviewed the amended schedule B he needs to sign; drafted email memo to TR re: legal matters | 0.20 | $155.00 | $31.00 |
| Service | KR | 08/09/2024 | Contact Debtor (Text/Email): Drafted text to debtor about the amended B he needs to sign and drafted email to debtor's wife requesting an update on the taxes requested by the Trustee | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/09/2024 | Review email from debtor: Reviewed email from debtor's wife stating that the accountant has all the forms needed; they should be filed within a week; drafted email to debtor's wife informing her as soon as she gets them to email them to me for the Trustee | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/12/2024 | Reviewed signed amended B from debtor; prepared the Amended B in Best Case with date and signature; prepared the Amended B for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | TR | 08/12/2024 | Review: 24-01129-JAW Objection to Confirmation of the Plan Document# 31 | 0.30 | $360.00 | $108.00 |
| Service | TR | 08/12/2024 | Review and respond to email from Craig Davidson re: his claim and TT objection | 0.20 | $360.00 | $72.00 |
| Service | TR | 08/13/2024 | Call w/ client to discus continued operation of his business Seeds of the South, LLC | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/14/2024 | Review file - draft email to Semoune w/ update on objection and requesting a continuance | 0.10 | $360.00 | $36.00 |

Invoice # 7792 - 04/10/2025

| Service | KR | 08/15/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting an update on the 2023 taxes since they were supposed to be filed this week if all went well with their tax preparer | 0.10 | $155.00 | $15.50 |
|---|---|---|---|---|---|---|
| Service | TR | 08/15/2024 | Review: 24-01129-JAW Order Setting, Resetting, or Continuing a Hearing Document# 32 | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/19/2024 | Review email from Attorney: Reviewed email memo from TR re: Application for Compensation; prepared the Notice, the Application for Compensation and the invoice for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Service | KR | 08/19/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application for Compensation, invoice, proposed order and the 21 day Notice with the Declaration of Mailing attached for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 08/20/2024 | Review email from debtor: Reviewed email from debtor's wife stating they are still waiting for their taxes and contacts their accountant every day so they will stay on top of it; drafted email to debtor informing her that we do need these as soon as possible | 0.10 | $155.00 | $15.50 |
| Service | TR | 08/22/2024 | Emailed Bryan re: update on him providing evidence of unnecessary work performed by Davidson | 0.20 | $360.00 | $72.00 |
| Service | KR | 08/26/2024 | Contact Debtor (Text/Email): Drafted email to debtor inquiring for an update on the 2023 taxes to provide to the Trustee | 0.10 | $155.00 | $15.50 |
| Service | TR | 08/27/2024 | Review and respond to email from client with update on documentation supporting an objection to proof of claim | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/27/2024 | Review email from debtor: Reviewed email from debtor's wife stating that we should have their 2023 taxes by the end of the week per the request of the Trustee | 0.10 | $155.00 | $15.50 |
| Service | TR | 08/27/2024 | Review: 24-01129-JAW Notice of Requirement to Complete Course in Financial Management (ADI) Document# 35 | 0.10 | $360.00 | $36.00 |

Invoice # 7792 - 04/10/2025

| Service | KR | 08/30/2024 | Review email from debtor: Reviewed email from debtor with their 2023 taxes for 2 businesses and personal; merged taxes with existing client documents | 0.20 | $155.00 | $31.00 |
|---------|----|-----------|-----|------|---------|--------|
| Service | TR | 09/05/2024 | Detailed review of Carpenter billing entries for Objection to POC | 0.60 | $360.00 | $216.00 |
| Service | TR | 09/05/2024 | Continued review and Davidson POC Attorney's fee itemizations | 1.50 | $360.00 | $540.00 |
| Service | VM | 09/05/2024 | Assisted TR by reviewing emails and printing. Organized in designated stack. | 0.40 | $100.00 | $40.00 |
| Service | VM | 09/05/2024 | Assisted TR by reviewing emails between debtor and creditor and organizing them by date, along with removing duplicate emails. | 3.50 | $100.00 | $350.00 |
| Service | VM | 09/11/2024 | Incoming Call: Debtor called to inform us he will be stopping by today to make a payment | 0.10 | $100.00 | $10.00 |
| Service | TR | 09/16/2024 | Review: 24-01129-JAW Amended Order Upon Debtor Directing Payments to Trustee Document# 38 | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/16/2024 | Review: 24-01129-JAW Order on Application for Compensation Document# 37 | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/18/2024 | Review email from TT w/ LLC and tax questions - forwarded to client for explanation. | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/18/2024 | Call client to discuss TT questions and objection to POC | 0.20 | $360.00 | $72.00 |
| Service | TR | 09/19/2024 | Review: 24-01129-JAW Order Setting, Resetting, or Continuing a Hearing Document# 41 | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/24/2024 | Review: 24-01129-JAW Notice of Postpetition Mortgage Fees, Expenses, and Charges Document# 43 | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/25/2024 | Begin Drafting first Objection to POC - completed first two pages - paused to handle a calendared appointment with another client | 0.90 | $360.00 | $324.00 |
| Service | TR | 09/25/2024 | Continued first draft of Objection to POC - I still need to revise to add notions to the offending itemizations | 0.60 | $360.00 | $216.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 09/26/2024 | Call w/ client to discuss the basis for objecting to the claim and explain why it is ill advised to challenge the original judgement through a bankruptcy objection | 0.40 | $360.00 | $144.00 |
| Service | TR | 09/26/2024 | Call to Leake Co-op to explain the need for them to file a proof of claim | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/26/2024 | Review: 24-01129-JAW Objection to Confirmation of the Plan Document# 44 | 0.30 | $360.00 | $108.00 |
| Service | BB | 10/01/2024 | Call Debtor: Reviewed voicemail from debtor stating he would like to come to the office to bring documents. Forwarded voicemail to co. | 0.10 | $100.00 | $10.00 |
| Service | TR | 10/03/2024 | Review: 24-01129-JAW Order Setting, Resetting, or Continuing a Hearing Document# 45 | 0.10 | $360.00 | $36.00 |
| Service | KR | 10/03/2024 | Review email from Attorney: Reviewed email memo from TR re: Proof of Claim for Leake County Co-Op; reviewed judgement and drafted proof of claim; drafted email memo to TR re: review Proof of Claim | 0.30 | $155.00 | $46.50 |
| Service | TR | 10/10/2024 | Review: Proof of Claim 24-01129-JAW Co-Op Leake County Document # 7 | 0.10 | $360.00 | $36.00 |
| Service | TR | 10/21/2024 | Call w/ client to discuss status of documents needed to resolve TT objection | 0.10 | $360.00 | $36.00 |
| Service | TR | 10/31/2024 | Review and respond to TT email re: upcoming hearing on the TT Objection to Confirmation | 0.20 | $360.00 | $72.00 |
| Service | VM | 10/31/2024 | Incoming Call: Debtor called to speak with TR, he was unavailable at the time so I took message. | 0.10 | $100.00 | $10.00 |
| Service | BB | 11/01/2024 | Incoming Call: Phone conference with debtor stating he wants to speak with TC about the documents he is requested to provide. Debtor also stated a creditor is contacting everyone he does business with about him. Drafted email memo to TC. | 0.10 | $100.00 | $10.00 |
| Service | VM | 11/04/2024 | Incoming Call: Debtor called to speak with TR, he was busy at the moment so I took a message. | 0.10 | $100.00 | $10.00 |

Invoice # 7792 - 04/10/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | CO | 11/13/2024 | Incoming Call: Called debtor to relay a message from the attorney that he could resume payments to a debt outside of his bankruptcy. Informed him of the total amount owed and the monthly payment amount. | 0.10 | $100.00 | $10.00 |
| Service | TR | 11/22/2024 | Review: 24-01129-JAW Order on Objection to Confirmation Document# 49 | 0.10 | $360.00 | $36.00 |
| Service | TR | 11/22/2024 | Review: 24-01129-JAW Order Dismissing Show Cause Document# 50 | 0.10 | $360.00 | $36.00 |
| Service | TR | 11/26/2024 | Review: 24-01129-JAW Order Confirming Chapter 13 Plan Document# 54 | 0.10 | $360.00 | $36.00 |
| Service | VM | 11/27/2024 | Incoming Call: Debtor called to speak with TR, TR was busy at the moment so I took a message. | 0.10 | $100.00 | $10.00 |
| Service | TR | 12/30/2024 | Review Response to Obj to POC | 0.40 | $360.00 | $144.00 |
| Service | TR | 01/03/2025 | Review: 24-01129-JAW Hearing Set Document# 59 | 0.10 | $360.00 | $36.00 |
| Service | VM | 01/22/2025 | Incoming Call: Debtor called to speak with TR, informed debtor TR is not currently in but will be later today. Drafted email to TR | 0.10 | $100.00 | $10.00 |
| Service | VM | 01/22/2025 | Incoming Call: Debtor called again to speak with TR as they have been emailing each other and debtor would prefer phone chats. Informed debtor that TR was currently in signing and that I would another email to him | 0.10 | $100.00 | $10.00 |
| Service | BB | 01/22/2025 | Reviewed voicemail from debtor requesting a return call. Forwarded voicemail to CO. | 0.10 | $100.00 | $10.00 |
| Service | KR | 01/23/2025 | Contact Debtor (Text/Email): Reviewed several text from debtor regarding questions about the payment and the upcoming hearing; drafted text to debtor informing him that I will get with the attorney; drafted email memo to TR re: payment/hearing questions | 0.10 | $155.00 | $15.50 |
| Service | TR | 01/24/2025 | Meeting with Bryan to discuss and strategize for hearing | 2.00 | $360.00 | $720.00 |
| Service | BB | 01/27/2025 | Reviewed voicemail from debtor requesting a return call. Forwarded | 0.10 | $100.00 | $10.00 |

Invoice # 7792 - 04/10/2025

| | | | voicemail to TC. | | | |
|---|---|---|---|---|---|---|
| Service | TR | 01/27/2025 | Review: 24-01129-JAW Order Setting, Resetting, or Continuing a Hearing Document# 61 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/27/2025 | Attend hearing and conference w/ client after | 2.50 | $360.00 | $900.00 |
| Service | JAC | 02/20/2025 | Review: 24-01129-JAW Order Setting, Resetting, or Continuing a Hearing Document# 64 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/13/2025 | Review: 24-01129-JAW Order Setting, Resetting, or Continuing a Hearing Document# 66 | 0.10 | $360.00 | $36.00 |
| Service | VM | 03/31/2025 | In-Office Conference: Debtor came in to disucss his payments and request to speak with TR, informed him TR was not in and informed him of last payment to trustee. | 0.20 | $100.00 | $20.00 |
| Service | VM | 04/01/2025 | Contact Debtor (Text/Email): Drafted email to debtor informing him of NDC website and payments taken from attorney in office. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 04/07/2025 | Review: 24-01129-JAW Order Dismissing Debtor(s) Document# 70 | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/10/2025 | Reviewed court docket for previous orders and invoices; reviewed the trustee's website to verify the amount of attorney fees paid; drafted first part of the Final Application and Lodestar using the totals from the previous invoices and orders. | 0.50 | $155.00 | $77.50 |
| | | | | **Services Subtotal** | | **$5,782.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 08/19/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $46.62 | $46.62 |
| Expense | 08/19/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $46.62 | $46.62 |
| Expense | 09/12/2024 | Postage: Mailed payment to Trustee | 1.00 | $0.69 | $0.69 |
| | | | **Expenses Subtotal** | | **$93.93** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|

Invoice # 7792 - 04/10/2025

| | | | | |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.4 | $360.00 | $144.00 |
| Thomas Rollins | Attorney | 12.8 | $360.00 | $4,608.00 |
| Brooke Brueland | Non-Attorney | 0.5 | $100.00 | $50.00 |
| Vanessa Martinez | Non-Attorney | 4.9 | $100.00 | $490.00 |
| Clara Ortega | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Kerri Rodabough | Non-Attorney | 3.1 | $155.00 | $480.50 |
| | | | **Subtotal** | **$5,876.43** |
| | | | **Total** | **$5,876.43** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6738 | 09/04/2024 | $7,912.62 | $0.00 | $7,912.62 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7792 | 05/10/2025 | $5,876.43 | $0.00 | $5,876.43 |
| | | | **Outstanding Balance** | **$13,789.05** |
| | | | **Total Amount Outstanding** | **$13,789.05** |