MSSB-435-1 (02/23)

# United States Bankruptcy Court
## Southern District of Mississippi

## Transcript Order

### Section A

| | | |
|---|---|---|
| Requestor's Name: H. Craig Davidson, Jr. | Email: legalmgt@davidsonlawfirmllc.com | Phone: 2259544934 |

| Address: 9724 Jefferson Highway | City: Baton Rouge | State: LA | Zip Code: 70809 |
|---|---|---|---|

Case Type: ☑ Bankruptcy Case  ☐ Adversary Proceeding

**Dates of Proceedings**

Case Number: 24-01129-JAW

| From: 01/27/2025 | To: 01/27/2025 |
|---|---|

Case Name: In Re Bryan W. Carpenter

| Location of Proceedings | Time (Hearing Began) |
|---|---|
| Jackson | 10:00 am |

Nature of Proceedings: [Include Dkt. No.(s)]
No. 24-01129-JAW Hearing on attorney's fees and costs

| Presiding Judge | Order for: |
|---|---|
| Jamie Wilson | ☑ Non-Appeal  ☐ Appeal |

Comments:

### Section B

| Category | Original | *(Includes certified copy to Clerk for records of the court)* |
|---|---|---|
| ☑ | Ordinary | Transcript to be delivered within 30 calendar days after receipt of an order. |
| ☐ | 14-Day | Transcript to be delivered within 14 calendar days after receipt of an order. |
| ☐ | Expedited | Transcript to be delivered within seven (7) calendar days after receipt of an order. |
| ☐ | 3-Day | Transcript to be delivered within three (3) calendar days after receipt of an order. |
| ☐ | Daily | A transcript to be delivered on the calendar day following receipt of the order (regardless of whether that calendar day is a weekend or holiday) before the normal opening hour of the clerk's office. |
| ☐ | Hourly | A transcript of proceedings to be delivered within two (2) hours from receipt of the order. |

**By signing below, I certify I will pay the transcriber all related charges.**

| Request prepared by: H. Craig Davidson, Jr. | Phone Number: 2252915218 |
|---|---|
| Signature: | Date: 4/20/26 |

### Court Use Only

Audio reproduced and sent to _____ on _____.

Court Contact: _____  Phone No.: _____

Notes/Comments: