United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 24-01129-JAW

Bryan Wendell Carpenter  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 26, 2026 | Form ID: n015 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bryan Wendell Carpenter, 6000 Old Hwy 35 S, Carthage, MS 39051-6290 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: JCAP_BNC_Notices@jcap.com | May 26 2026 20:38:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Davidson Law Firm, L.L.C., 9724 Jefferson Highway, Baton Rouge |
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold Craig Davidson, Jr. | on behalf of Creditor Davidson Law Firm  L.L.C. legalmgt@davidsonlawfirmllc.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Bryan Wendell Carpenter jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |

District/off: 0538-3        User: mssbad        Page 2 of 2

Date Rcvd: May 26, 2026        Form ID: n015        Total Noticed: 2

Karen A. Maxcy

on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2021-3 karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

Semoune L Ellis

on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com

Thomas Carl Rollins, Jr

on behalf of Debtor Bryan Wendell Carpenter trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin

tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 7

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re:   Bryan Wendell Carpenter                                            Case No.: 24–01129–JAW

                                                                                         Chapter 13

**To: All Persons of Record at Hearing/Trial**

### NOTICE OF FILING OF TRANSCRIPT
### AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on **May 25, 2026** (Dkt. # 82) regarding a hearing/trial held on **January 27, 2025** (Dkt. #59).

The parties have until **June 1, 2026** to communicate with the transcriber of any intent to redact the transcript.

Transcript redaction request to the transcriber is **required** on or before **June 15, 2026**.

If a transcript redaction request is submitted to the transcriber, the deadline for the redacted transcript to be filed with the Court is **June 25, 2026**.

If no redacted transcript is filed before the 90–day restriction period expires, the transcript may become available for remote electronic access on **August 24, 2026**, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, ***J&J COURT TRANSCRIBERS, INC., (609)586–2311***, or you may view the transcript at the clerk's office public terminal.

Dated: 5/26/26                                    Danny L. Miller
                                                          Clerk, U. S. Bankruptcy Court
                                                          Thad Cochran U.S. Courthouse
                                                          501 E. Court Street
                                                          Suite 2.300
                                                          Jackson, MS 39201

                                                          601–608–4600